# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:
|  |  |
|---|---|
| **Debtor:** | TERRI L. AMES |
| **Case Number:** | 2:09-BK-11142-RTBP  **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 11, 2009 09:00 AM  PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | N/A |

## Matter:
PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SUNTRUST MORTGAGE, INC.

**R / M #:** 10 / 0

**VACATED: RESCHEDULED TO 9/28/09 ON COURT'S MOTION**

## Appearances:
NONE

## Proceedings:
VACATED: RESCHEDULED TO 9/28/09 ON COURT'S MOTION