**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17761/0146314521-DP2

**SO ORDERED.**

Dated: October 02, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Terri L. Ames<br>      Debtors.<br>_____<br>SunTrust Mortgage, Inc.<br>      Movant,<br>vs.<br><br>Terri L. Ames, Debtors; Lawrence J. Warfield, Trustee.<br><br>      Respondents. | No. 2:09-bk-11142-RTBP<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #10) |

      This matter having come before the Court for a Preliminary Hearing on September 28, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Michael J. Gordon, Gordon & Gordon, PLLC, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated May 9, 2008, and recorded on May 14, 2008 in

Instrument No. 20080426815, in the office of the Maricopa County Recorder at wherein SunTrust Mortgage, Inc. is the current beneficiary and Terri L. Ames have an interest in, further described as:

LOT 272, OF PATIO HOMES NORTH FOUR, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 133 OF MAPS, PAGE 15.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT